# Exhibit B

**Bob Leibrandt**
Transactions in Tempur-Pedic International Inc. (TPX)

| | | |
|---|---|---|
| Total Retained Cost | $ | 144,539.00 |
| Value of Retained Shares | $ | 62,459.30 |
| 90 day trading average | $ | 26.0247 |
| Total Losses | $ | 87,376.64 |

| Date of Purchase | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 4/19/2012 | B | 500 | 75 | 37500 |
| 4/20/2012 | B | 200 | 68.88 | 13776 |
| 4/20/2012 | B | 100 | 68.88 | 6888 |
| 4/23/2012 | B | 300 | 64.44 | 19332 |
| 4/24/2012 | B | 100 | 62.44 | 6244 |
| 4/24/2012 | B | 200 | 62.44 | 12488 |
| 5/7/2012 | B | 300 | 54.71 | 16413 |
| 5/7/2012 | B | 300 | 49.3 | 14790 |
| 1-Jun | B | 400 | 42.77 | 17108 |
| 6/6/2012 | B | 400 | 24.11 | 9644 |
| 6/6/2012 | B | 400 | 25.88 | 10352 |
| 6/6/2012 | S | -500 | 22.4 | -11200 |
| 6/6/2012 | S | -200 | 22.4 | -4480 |
| 6/7/2012 | B to cover | 5526 | 21.31 | 117759.06 |
| 6/7/2012 | B to cover | 9 | 21.33 | 191.97 |
| 6/7/2012 | B to cover | 365 | 21.32 | 7781.8 |
| 6/7/2012 | B to cover | 100 | 21.34 | 2134 |
| 6/7/2012 | B | 500 | 21.55 | 10775 |
| 6/7/2012 | S | -5526 | 21.31 | -117759.06 |
| 6/7/2012 | S | -9 | 21.31 | -191.79 |
| 6/7/2012 | S | -365 | 21.31 | -7778.15 |
| 6/7/2012 | S | -100 | 21.31 | -2131 |
| 6/12/2012 | B | 500 | 23.03 | 11515 |
| 6/12/2012 | S | -100 | 23.66 | -2366 |
| 6/12/2012 | S | -100 | 23.66 | -2366 |
| 6/12/2012 | S | -300 | 23.66 | -7098 |
| 6/12/2012 | S | -500 | 23.66 | -11830 |
| 7/10/2012 | S | -200 | 23.75 | -4750 |
| 7/10/2012 | S | -300 | 23.75 | -7125 |
| 8/7/2012 | S | -300 | 31.77 | -9531 |
| 8/7/2012 | S | -400 | 31.77 | -12708 |
| 8/7/2012 | S | -400 | 31.77 | -12708 |
| 8/7/2012 | S | -400 | 31.77 | -12708 |
| 8/7/2012 | S | -500 | 31.77 | -15885 |