# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> - against -<br><br>TEMPUR-PEDIC INTERNATIONAL INC., MARK A. SARVARY, and DALE E. WILLIAMS,<br><br>     Defendants. | Civil Action No. 5:12-cv-00195-KKC |
| ARTHUR BENNING, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> - against -<br><br>TEMPUR-PEDIC INTERNATIONAL INC., MARK A. SARVARY, and DALE E. WILLIAMS,<br><br>     Defendants. | Civil Action No. 5:12-cv-00197-KKC |

### DECLARATION OF JOHN G. IRVIN, JR. IN SUPPORT OF JIM CHANNELL'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL

I, John G. Irvin, Jr., declare as follows:

1.   I am a member in good standing of the bar of the State of Kentucky and am admitted in this Court. I am a member in the law firm of Kinkead & Stilz, PLLC. I submit this declaration in support of the motion filed by Jim Channell ("Channell") for appointment as Lead

Plaintiff, and approval of Channell's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class, with my firm as liaison counsel.

2. Attached as Exhibits A through G are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | First Notice of Pendency of a Class Action |
| Exhibit B: | PSLRA Certification of Jim Channell |
| Exhibit C: | Chart of the Channell's FIFO Losses |
| Exhibit D: | Chart of Channell's LIFO Losses |
| Exhibit E: | Firm Resume of Faruqi & Faruqi, LLP |
| Exhibit F: | Firm Resume of Kinkead & Stilz, PLLC |
| Exhibit G: | Certification of Faruqi & Faruqi, LLP by National Women's Business Enterprise |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of August, 2012.

/s/ *John G. Irvin, Jr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.  I also hereby certify that I will cause to be mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                                 */s/ Richard W. Gonnello*
                                                                   Richard W. Gonnello

                                                           **FARUQI & FARUQI, LLP**
                                                           369 Lexington Avenue, 10th Floor
                                                           New York, NY 10017
                                                           Tel: (212) 983-9330
                                                           Fax: (212) 983-9331

                                                           E-mail: rgonnello@faruqilaw.com

# Mailing Information for a Case 5:12-cv-00195-KKC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jason Trent Ams**
  jams@bgdlegal.com,ekiltinen@bgdlegal.com,jmckenney@bgdlegal.com

- **Rachel A. Avan**
  ravan@labaton.com

- **Eric J. Belfi**
  ebelfi@labaton.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **J. Gregory Joyner**
  fhill@njslaw.net

- **Christopher J. Keller**
  ckeller@labaton.com

- **S. Chad Meredith**
  chad@ransdellroach.com

- **David Andrew Owen**
  dowen@bgdlegal.com,ekiltinen@bgdlegal.com,jmckenney@bgdlegal.com

- **W. Keith Ransdell**
  keith@ransdellroach.com

- **John C. Roach**
  johncroach@yahoo.com

- **Michael W. Stocker**
  mstocker@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William              R. Harb
Bingham McCuthen, LLP - Boston MA
One Federal Street
Boston, MA 02110
```

# Mailing Information for a Case 5:12-cv-00197-KKC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **J. Gregory Joyner**
  fhill@njslaw.net

- **Richard A. Maniskas**
  rmaniskas@sbclasslaw.com

- **Randall S. Strause**
  rstrause@strauselawgroup.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lester               R. Hooker
Saxena White, PA
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431

Christopher          S. Jones
Saxena White, PA
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431

Katharine            M. Ryan
Ryan & Maniskas LLP
995 Old Eagle School Road
Suite 311
Wayne, PA 19087

Maya                 Saxena
Saxena White, PA
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431

Joseph               E. White                                                            , III
Saxena White, PA
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
```