# EXHIBIT C



FIFO Losses in Tempur-Pedic International Inc. (TPX)
Class Period: 1/25/2012 - 6/5/2012
Investor: Jim Channell
Retained Share Price*: $26.1688

| | PURCHASE TRANSACTIONS | | | | | SALES TRANSACTIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| Purchase | 02/23/2012 | 100 | 78.1600 | 7,816.00 | Sale | 02/23/2012 | (100) | 78.1004 | (7,810.04) |
| Purchase | 02/23/2012 | 300 | 78.1600 | 23,448.00 | Sale | 02/23/2012 | (400) | 78.1000 | (31,240.00) |
| Purchase | 02/23/2012 | 100 | 78.1594 | 7,815.94 | Sale | 02/23/2012 | (100) | 78.0912 | (7,809.12) |
| Purchase | 02/23/2012 | 500 | 78.0700 | 39,035.00 | Sale | 02/23/2012 | (300) | 78.0900 | (23,427.00) |
| Purchase | 02/23/2012 | 100 | 78.0300 | 7,803.00 | Sale | 02/23/2012 | (100) | 78.0900 | (7,809.00) |
| Purchase | 02/23/2012 | 100 | 78.0300 | 7,803.00 | Sale | 02/23/2012 | (100) | 78.0207 | (7,802.07) |
| Purchase | 02/23/2012 | 100 | 78.0100 | 7,801.00 | Sale | 02/23/2012 | (100) | 78.0200 | (7,802.00) |
| Purchase | 02/23/2012 | 500 | 77.9700 | 38,985.00 | Sale | 02/23/2012 | (100) | 78.0200 | (7,802.00) |
| Purchase | 02/23/2012 | 100 | 77.9600 | 7,796.00 | Sale | 02/23/2012 | (100) | 78.0000 | (7,800.00) |
| Purchase | 02/23/2012 | 200 | 77.9400 | 15,588.00 | Sale | 02/23/2012 | (100) | 78.0000 | (7,800.00) |
| Purchase | 02/23/2012 | 300 | 77.9100 | 23,373.00 | Sale | 02/23/2012 | (200) | 78.0000 | (15,600.00) |
| Purchase | 04/20/2012 | 200 | 69.7000 | 13,940.00 | Sale | 02/23/2012 | (100) | 77.9800 | (7,798.00) |
| Purchase | 04/20/2012 | 100 | 69.6900 | 6,969.00 | Sale | 02/23/2012 | (500) | 77.9800 | (38,990.00) |
| Purchase | 04/20/2012 | 100 | 69.6900 | 6,969.00 | Sale | 02/23/2012 | (100) | 77.9612 | (7,796.12) |
| Purchase | 04/20/2012 | 500 | 69.6800 | 34,840.00 | Sale | 04/23/2012 | (100) | 65.0750 | (6,507.50) |
| Purchase | 04/20/2012 | 100 | 69.6300 | 6,963.00 | Sale | 04/23/2012 | (100) | 65.0750 | (6,507.50) |
| Purchase | 04/20/2012 | 100 | 69.4300 | 6,943.00 | Sale | 04/23/2012 | (100) | 65.0750 | (6,507.50) |
| Purchase | 04/20/2012 | 100 | 69.4000 | 6,940.00 | Sale | 04/23/2012 | (100) | 65.0750 | (6,507.50) |
| Purchase | 04/20/2012 | 100 | 69.3000 | 6,930.00 | Sale | 04/23/2012 | (200) | 65.0701 | (13,014.02) |
| Purchase | 04/20/2012 | 200 | 69.1800 | 13,836.00 | Sale | 04/23/2012 | (100) | 65.0400 | (6,504.00) |
| Purchase | 04/20/2012 | 100 | 69.1600 | 6,916.00 | Sale | 04/23/2012 | (100) | 65.0400 | (6,504.00) |
| Purchase | 04/20/2012 | 100 | 69.0700 | 6,907.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 69.0600 | 6,906.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 200 | 69.0600 | 13,812.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 400 | 68.0800 | 27,232.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 600 | 68.0800 | 40,848.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.2300 | 6,623.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.2200 | 6,622.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.2180 | 6,621.80 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.2100 | 6,621.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.1900 | 6,619.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.1800 | 6,618.00 | Sale | 04/23/2012 | (100) | 65.0200 | (6,502.00) |
| Purchase | 04/20/2012 | 100 | 66.1800 | 6,618.00 | Sale | 04/23/2012 | (100) | 65.0100 | (6,501.00) |
| Purchase | 04/20/2012 | 100 | 66.1800 | 6,618.00 | Sale | 04/23/2012 | (100) | 65.0100 | (6,501.00) |

1



**FIFO Losses in Tempur-Pedic International Inc. (TPX)**
**Class Period: 1/25/2012 - 6/5/2012**
**Investor: Jim Channell**
**Retained Share Price*: $26.1688**

### PURCHASE TRANSACTIONS

| Transaction | Date | Units | Price | Cost |
|---|---|---|---|---|
| Purchase | 04/20/2012 | 100 | 66.1800 | 6,618.00 |
| Purchase | 04/20/2012 | 100 | 66.1800 | 6,618.00 |
| Purchase | 04/20/2012 | 100 | 66.0000 | 6,600.00 |
| Purchase | 04/20/2012 | 100 | 66.0000 | 6,600.00 |
| Purchase | 04/20/2012 | 100 | 66.0000 | 6,600.00 |
| Purchase | 04/20/2012 | 200 | 66.0000 | 13,200.00 |
| Purchase | 04/20/2012 | 100 | 65.9980 | 6,599.80 |
| Purchase | 04/20/2012 | 300 | 65.9650 | 19,789.50 |
| Purchase | 04/20/2012 | 100 | 65.8000 | 6,580.00 |
| Purchase | 04/20/2012 | 100 | 65.8000 | 6,580.00 |
| Purchase | 04/20/2012 | 50 | 65.8000 | 3,290.00 |
| Purchase | 04/20/2012 | 100 | 65.8000 | 6,580.00 |
| Purchase | 04/20/2012 | 100 | 65.8000 | 6,580.00 |
| Purchase | 04/20/2012 | 100 | 65.7900 | 6,579.00 |
| Purchase | 04/20/2012 | 100 | 65.7800 | 6,578.00 |
| Purchase | 04/20/2012 | 100 | 65.7780 | 6,577.80 |
| Purchase | 04/20/2012 | 200 | 65.7550 | 13,151.00 |
| Purchase | 04/20/2012 | 50 | 65.7550 | 3,287.75 |
| Purchase | 04/20/2012 | 100 | 65.1100 | 6,511.00 |
| Purchase | 04/20/2012 | 100 | 65.1100 | 6,511.00 |
| Purchase | 04/20/2012 | 100 | 65.1000 | 6,510.00 |
| Purchase | 04/20/2012 | 100 | 65.0900 | 6,509.00 |
| Purchase | 04/20/2012 | 100 | 65.0900 | 6,509.00 |
| Purchase | 04/20/2012 | 100 | 65.0800 | 6,508.00 |

### SALES TRANSACTIONS

| Transaction | Date | Units | Price | Proceeds |
|---|---|---|---|---|
| Sale | 04/23/2012 | (100) | 65.0100 | (6,501.00) |
| Sale | 04/23/2012 | (400) | 65.0100 | (26,004.00) |
| Sale | 04/23/2012 | (18) | 65.0000 | (1,170.00) |
| Sale | 04/23/2012 | (100) | 65.0000 | (6,500.00) |
| Sale | 04/23/2012 | (300) | 65.0000 | (19,500.00) |
| Sale | 04/23/2012 | (200) | 65.0000 | (13,000.00) |
| Sale | 04/23/2012 | (200) | 64.9900 | (12,998.00) |
| Sale | 04/23/2012 | (82) | 64.9900 | (5,329.18) |
| Sale | 04/23/2012 | (100) | 64.9900 | (6,499.00) |
| Retained | | (3,000) | 26.1688 | (78,506.40) |

2

**FIFO Losses in Tempur-Pedic International Inc. (TPX)**
**Class Period: 1/25/2012 - 6/5/2012**
**Investor: Jim Channell**
**Retained Share Price\* : $26.1688**

**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

### PURCHASE TRANSACTIONS

| Transaction | Date | Units | Price | Cost |
|---|---|---|---|---|
| Purchased During Class Period | | 9,000 | | 631,242.59 |

### SALES TRANSACTIONS

| Transaction | Date | Units | Price | Proceeds |
|---|---|---|---|---|
| Sold During Class Period | | (6,000) | | $(421,362.55) |
| Post Class Period Sales | | 0 | | $0.00 |
| Retained Post Class Period Shares | | (3,000) | | ($78,506.40) |
| | | | | ($499,868.95) |
| | | | **Total FIFO Loss** | $(131,373.64) |

*Shares held as of the date of this filing are valued using the average price of $26.1688 per share between 6/6/12 and 8/17/12.*

*The average price is an average of the daily closing prices of the stock between 6/6/12 and 8/17/12.*

3