# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>TEMPUR-PEDIC INTERNATIONAL INC., MARK A. SARVARY, and DALE E. WILLIAMS,<br><br>  Defendants. | No. 5:12-cv-00195-KKC<br><br>Hon. Karen K. Caldwell<br><br>**NOTICE OF POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL** |
| ARTHUR BENNING, JR., Individually and on Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>TEMPUR-PEDIC INTERNATIONAL INC., MARK A. SARVARY, and DALE E. WILLIAMS,<br><br>  Defendants. | No. 5:12-cv-00197-KKC<br><br>**ORAL ARGUMENT REQUESTED** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE THAT Institutional investor and putative class member Police and Fire Retirement System of the City of Detroit (the "City of Detroit"), by its undersigned attorneys at a time and date to be set by the Court, will and hereby does move pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, for entry of an order: (a) consolidating the above-captioned putative class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (b) appointing the City of Detroit as Lead Plaintiff for the consolidated action pursuant to the PSLRA; and (c) approving the City of Detroit's selection of Scott+Scott LLP as Lead Counsel and Gray & White as Liaison Counsel for the putative class.

In support of its Motion, the City of Detroit relies upon this Notice of Motion, the accompanying Memorandum of Law, the Declaration of Mark K. Gray and the exhibits attached thereto, the proposed order granting the relief requested herein, all of the prior pleadings and proceedings in the above-captioned actions and such other written and/or oral argument as may be presented to the Court.

DATED: August 20, 2012	Respectfully submitted,
	GRAY & WHITE

	/s/ Mark K. Gray
	MARK K. GRAY
	DORIS A. KIM
	713 East Market Street, Suite 200
	Louisville, KY 40202
	Telephone: (502) 805-1800
	Facsimile: (502) 618-4059
	mgray@grayandwhitelaw.com
	dkim@grayandwhitelaw.com

	SCOTT+SCOTT LLP
	JOSEPH P. GUGLIELMO
	DONALD A. BROGGI
	500 5th Avenue, 40th Floor
	New York, NY 10110

Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.com
dbroggi@scott-scott.com

DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT  06415
Telephone:  860-537-3818
Facsimile:  860-537-4432
drscott@scott-scott.com

– and –

HAL CUNNINGHAM
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
hcunningham@scott-scott.com

*Counsel for Proposed Lead Plaintiff Police and Fire Retirement System of the City of Detroit*

2

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2012 at Louisville, Kentucky.

/s/ Mark K. Gray
MARK K. GRAY
GRAY & WHITE
713 East Market Street, Suite 200
Louisville, KY 40202
Telephone: (502) 805-1800
Facsimile: (502) 618-4059
mgray@grayandwhitelaw.com