# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUR-PEDIC INTERNATIONAL INC., MARK A. SARVARY, and DALE E. WILLIAMS,<br><br>Defendants. | No. 5:12-cv-00195-KKC<br><br>Hon. Karen K. Caldwell<br><br>**DECLARATION OF MARK K. GRAY IN SUPPORT OF POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL** |
| ARTHUR BENNING, JR., Individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUR-PEDIC INTERNATIONAL INC., MARK A. SARVARY, and DALE E. WILLIAMS,<br><br>Defendants. | No. 5:12-cv-00197-KKC |

I, Mark K. Gray, declare as follows:

1.     I am a partner of the law firm of Gray & White, Liaison Counsel for the Police and Fire Retirement System of the City of Detroit (the "City of Detroit").  I make this declaration in support of the City of Detroit's motion for consolidation, appointment as Lead Plaintiff and for approval of its selection of Lead and Liaison Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

    Exhibit A:    Early Notice Published on *Globe Newswire*;

    Exhibit B:    Slip opinion in *Ansfield v. Omnicare, Inc.*, Case No. 11-173-DLB-CJS (E.D. Kentucky Mar. 12, 2012) (J. Smith)

    Exhibit C:    The City of Detroit's loss chart;

    Exhibit D:    The City of Detroit's plaintiff's certification;

    Exhibit E:    Scott+Scott LLP's firm résumé;

    Exhibit F:    *New York University v. Ariel Fund Limited*, No. 603803/08, Opinion (The Supreme Court of the State of New York, New York County, Feb. 22, 2010); and

    Exhibit G:    Gray & White's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2012, at Louisville, Kentucky.

                                 /s/ Mark K. Gray
                                 MARK K. GRAY
                                 GRAY & WHITE
                                 713 East Market Street, Suite 200
                                 Louisville, KY 40202
                                 Telephone: (502) 805-1800
                                 Facsimile: (502) 618-4059
                                 mgray@grayandwhitelaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on August 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 20th day of August, 2012 at Louisville, Kentucky.

    /s/ Mark K. Gray
    MARK K. GRAY
    GRAY & WHITE
    713 East Market Street, Suite 200
    Louisville, KY 40202
    Telephone: (502) 805-1800
    Facsimile: (502) 618-4059
    mgray@grayandwhitelaw.com