Exhibit C

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
Transactions and LIFO Losses -

Tempur-Pedic International Inc.

CLASS PERIOD:   1/25/2012   Through   6/5/2012

| Movant | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| POLICE & FIRE RETIREMENT SYSTEM | 02/23/2012 | 200 | $76.86 | $15,371.08 | 05/16/2012 | 200 | $51.41 | $10,282.00 | ($5,089.08) |
| | 02/23/2012 | 100 | $76.86 | $7,685.54 | 06/06/2012 | 100 | $26.98 | $2,698.23 | ($4,987.31) |
| | 02/23/2012 | 1,000 | $76.86 | $76,855.40 | 06/06/2012 | 1,000 | $23.52 | $23,519.10 | ($53,336.30) |
| | 02/24/2012 | 100 | $77.54 | $7,753.52 | 06/06/2012 | 100 | $23.52 | $2,351.91 | ($5,401.61) |
| | 02/24/2012 | 700 | $77.54 | $54,274.64 | 06/08/2012 | 700 | $25.54 | $17,878.00 | ($36,396.64) |
| | 02/27/2012 | 400 | $77.97 | $31,186.60 | 06/13/2012 | 400 | $24.16 | $9,665.04 | ($21,521.56) |
| | 02/27/2012 | 200 | $77.97 | $15,593.30 | 06/14/2012 | 200 | $23.40 | $4,680.00 | ($10,913.30) |
| | 02/28/2012 | 600 | $77.48 | $46,487.34 | 06/14/2012 | 600 | $23.40 | $14,040.00 | ($32,447.34) |
| | 02/29/2012 | 500 | $79.53 | $39,765.85 | 06/14/2012 | 500 | $23.40 | $11,700.00 | ($28,065.85) |
| | 02/29/2012 | 100 | $77.59 | $7,758.81 | 06/14/2012 | 100 | $23.40 | $2,340.00 | ($5,418.81) |
| | 02/29/2012 | 400 | $77.59 | $31,035.24 | 06/14/2012 | 400 | $23.50 | $9,400.00 | ($21,635.24) |
| | 03/01/2012 | 700 | $79.81 | $55,864.62 | 06/14/2012 | 700 | $23.50 | $16,450.00 | ($39,414.62) |
| | 03/06/2012 | 200 | $77.83 | $15,566.46 | 06/14/2012 | 200 | $23.50 | $4,700.00 | ($10,866.46) |
| | 03/06/2012 | 300 | $77.83 | $23,349.69 | 06/14/2012 | 300 | $23.50 | $7,050.00 | ($16,299.69) |
| | 03/07/2012 | 800 | $79.97 | $63,973.84 | 06/14/2012 | 800 | $23.50 | $18,800.00 | ($45,173.84) |
| | 03/15/2012 | 400 | $83.57 | $33,427.08 | 06/15/2012 | 400 | $23.50 | $9,400.00 | ($24,027.08) |
| | 03/19/2012 | 300 | $83.03 | $24,907.89 | 06/15/2012 | 300 | $23.50 | $7,050.00 | ($17,857.89) |
| | 03/22/2012 | 400 | $82.19 | $32,876.00 | 06/15/2012 | 400 | $23.50 | $9,400.00 | ($23,476.00) |
| | 03/22/2012 | 100 | $82.19 | $8,219.00 | 06/22/2012 | 100 | $22.03 | $2,203.00 | ($6,016.00) |
| | 03/22/2012 | 100 | $82.19 | $8,219.00 | 06/26/2012 | 100 | $22.95 | $2,295.00 | ($5,924.00) |
| | 04/02/2012 | 300 | $85.24 | $25,572.00 | 06/26/2012 | 300 | $22.95 | $6,885.00 | ($18,687.00) |
| | 04/20/2012 | 300 | $70.14 | $21,042.18 | 06/26/2012 | 300 | $22.95 | $6,885.00 | ($14,157.18) |
| | 04/20/2012 | 700 | $73.39 | $51,371.60 | 06/26/2012 | 700 | $22.95 | $16,065.00 | ($35,306.60) |
| | 04/23/2012 | 300 | $64.23 | $19,267.59 | 06/26/2012 | 300 | $22.95 | $6,885.00 | ($12,382.59) |
| | 04/23/2012 | 500 | $64.23 | $32,112.65 | 07/17/2012 | 500 | $24.33 | $12,165.80 | ($19,946.85) |
| | 04/24/2012 | 700 | $59.66 | $41,762.00 | 07/17/2012 | 700 | $24.33 | $17,032.12 | ($24,729.88) |
| | 04/24/2012 | 300 | $59.79 | $17,937.00 | 07/17/2012 | 300 | $24.33 | $7,299.48 | ($10,637.52) |
| | 04/26/2012 | 400 | $59.79 | $23,914.56 | 07/17/2012 | 400 | $25.28 | $10,111.64 | ($13,802.92) |
| | 04/26/2012 | 100 | $59.80 | $5,980.00 | 07/17/2012 | 100 | $25.28 | $2,528.16 | ($3,451.84) |
| | 05/01/2012 | 500 | $59.22 | $29,612.25 | 07/17/2012 | 500 | $25.28 | $12,640.80 | ($16,971.45) |
| | 05/02/2012 | 700 | $61.07 | $42,749.84 | 07/17/2012 | 700 | $25.23 | $17,661.00 | ($25,088.84) |
| | 05/07/2012 | 300 | $51.35 | $15,404.28 | 07/17/2012 | 300 | $25.23 | $7,569.00 | ($7,835.28) |
| | 05/07/2012 | 400 | $51.35 | $20,539.04 | 07/18/2012 | 400 | $25.06 | $10,025.64 | ($10,513.40) |
| | 05/08/2012 | 600 | $46.60 | $27,960.06 | 07/18/2012 | 600 | $25.06 | $15,038.46 | ($12,921.60) |
| | 05/08/2012 | 100 | $46.60 | $4,660.01 | 07/19/2012 | 100 | $26.37 | $2,637.25 | ($2,022.76) |
| | 05/16/2012 | 500 | $49.95 | $24,975.60 | 07/19/2012 | 500 | $26.37 | $13,186.25 | ($11,789.35) |
| | 05/17/2012 | 1,400 | $47.00 | $65,794.12 | 07/19/2012 | 1,400 | $26.37 | $36,921.50 | ($28,872.62) |
| | 05/18/2012 | 400 | $47.68 | $19,073.56 | 07/19/2012 | 400 | $26.37 | $10,549.00 | ($8,524.56) |
| | 05/18/2012 | 400 | $47.68 | $19,073.56 | 07/19/2012 | 400 | $26.79 | $10,717.56 | ($8,356.00) |
| | 05/30/2012 | 1,200 | $47.10 | $56,517.24 | 07/19/2012 | 1,200 | $26.79 | $32,152.68 | ($24,364.56) |
| TOTALS: | | 17,700 Shares | | $1,165,490.04 | | 17,500 Net Shares | | $440,859.62 | ($724,630.62) |
| | | Purchased | | Total Cost | | | | Total Proceeds | |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e). Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period. For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.