Exhibit D

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Cynthia A. Thomas, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Executive Director of the Police and Fire Retirement System of the City of Detroit (the "Police and Fire Retirement System").

2. I have reviewed the Complaint in this matter and authorize Scott+Scott LLP to file a complaint and to file lead plaintiff papers in this matter.

3. The Police and Fire Retirement System is willing to serve as a representative party on behalf of the purchasers of Tempur-Pedic International Inc. ("Tempur-Pedic") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, the Police and Fire Retirement System purchased the Tempur-Pedic securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. The Police and Fire Retirement System did not engage in the foregoing transactions at the direction of counsel, or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, The Police and Fire Retirement System has served or sought to serve as a representative party or lead plaintiff on behalf of a class in a private action arising under the Securities Act or the Exchange Act in the following cases:

   *Bristol County Retirement System v. Allscripts Healthcare Solutions, Inc., et al.*, 1:12-cv-03297 (N.D. Ill.) (moved to be appointed as lead plaintiff and motion is pending)

   *In re IndyMac Mortgage Backed Securities Litigation*, 1:10-cv-04429-MGC (S.D.N.Y.) (filed class action arising under the Securities Act and the action is pending)

   *In re Netflix, Inc., Securities Litigation*, 3:12-cv-00225-SC (N.D. Cal.) (moved to be appointed as lead plaintiff but was not appointed)

   *In re SiRF Technology Holdings Inc., Securities Litigation*, 3:08-cv-00856-MMC (N.D. Cal.) (moved to be appointed as lead plaintiff and was appointed)

   *City of Roseville Employees' Retirement System et al v. Horizon Lines Inc., et al.*, 1:08-cv-00969-RGA (D. Del.) (moved to be appointed as lead plaintiff and was appointed)

7. The Police and Fire Retirement System will not accept any payment for serving as a

1

representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at __Detroit,__ __Michigan__. (city, state)

8/17/2012
Date

POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT

*Cynthia A Thomas*
Cynthia A. Thomas
Executive Director

2

# SCHEDULE A

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT

Class Period Transactions in Tempur-Pedic International Inc.
(Class Period: 1/25/2012 through 6/5/2012)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 02/23/2012 | Buy | 1300 | $76.86 |
| 02/24/2012 | Buy | 800 | $77.54 |
| 02/27/2012 | Buy | 600 | $77.97 |
| 02/28/2012 | Buy | 600 | $77.48 |
| 02/29/2012 | Buy | 500 | $79.53 |
| 02/29/2012 | Buy | 500 | $77.59 |
| 03/01/2012 | Buy | 700 | $79.81 |
| 03/06/2012 | Buy | 500 | $77.83 |
| 03/07/2012 | Buy | 800 | $79.97 |
| 03/15/2012 | Buy | 400 | $83.57 |
| 03/19/2012 | Buy | 300 | $83.03 |
| 03/22/2012 | Buy | 600 | $82.19 |
| 04/02/2012 | Buy | 300 | $85.24 |
| 04/20/2012 | Buy | 300 | $70.14 |
| 04/20/2012 | Buy | 700 | $73.39 |
| 04/23/2012 | Buy | 800 | $64.23 |
| 04/24/2012 | Buy | 700 | $59.66 |
| 04/26/2012 | Buy | 700 | $59.79 |
| 04/26/2012 | Buy | 100 | $59.80 |
| 05/01/2012 | Buy | 500 | $59.22 |
| 05/02/2012 | Buy | 700 | $61.07 |
| 05/07/2012 | Buy | 700 | $51.35 |
| 05/08/2012 | Buy | 700 | $46.60 |
| 05/16/2012 | Sell | -200 | $51.41 |
| 05/16/2012 | Buy | 500 | $49.95 |
| 05/17/2012 | Buy | 1400 | $47.00 |
| 05/18/2012 | Buy | 800 | $47.68 |
| 05/30/2012 | Buy | 1200 | $47.10 |