Eastern District of Kentucky
FILED
MAY 23 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **NORFOLK COUNTY RETIREMENT SYSTEM, et al.,**<br><br>**Plaintiffs,**<br><br>**V.**<br><br>**TEMPUR-PEDIC INTERNATIONAL, INC., et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 5:12-CV-195-KKC**<br><br>**JUDGMENT** |

*** *** ***

In accordance with the memorandum opinion entered contemporaneously with this judgment and the Court's previous order (DE 115), the Court **HEREBY ORDERS AND ADJUDGES** that:

(1) Defendants' motion to dismiss (DE 91) is **GRANTED**;

(2) Defendants' motion for a hearing (DE 92) is **DENIED AS MOOT**;

(3) Plaintiffs' alternative motion for leave to file an amended complaint (DE 97) is **DENIED**;

(4) This judgment is **FINAL** and **APPEALABLE**; and

(5) This matter is **STRICKEN** from the active docket of this Court.

This 23rd day of May, 2014.

Signed By:
*Karen K. Caldwell*
United States District Judge